In the Matter of the Application of the STILLWATER AND MECHANICVILLE STREET RAILWAY COMPANY, Respondent, for the Appointment of Commissioners under Section 12 of the Railroad Law, *v.* THE BOSTON AND MAINE RAILROAD, Appellant.

*Matter of Stillwater, etc., Ry. Co.* v. *B. & M. R. R.,* 67 App. Div. 367, appeal dismissed.
(Argued February 10, 1902; decided February 18, 1902.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial depart-

ment, made December 30, 1901, which dismissed an appeal from an order of Special Term appointing commissioners to determine the manner of connection and intersection of two railroads.

The motion was made upon the grounds that the order appealed from is not a final, but is a discretionary order, and the appeal is unauthorized.

*Edgar T. Brackett* for motion.

*T. F. Hamilton* opposed.

Motion granted and appeal dismissed, with costs of appeal and ten dollars costs of motion.